AO 450 (Rev. 11/11) Judgment in a Civil Action                                                                closed

# UNITED STATES DISTRICT COURT
## for the
## Central District of California

| | |
|---|---|
| Clinton Daigle | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. EDCV15-00209-JGB (SPx) |
| County of Riverside | ) |
| *Defendant* | ) |

FILED
CLERK, U.S. DISTRICT COURT
7/28/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: __MG__ DEPUTY

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ ____ ), which includes prejudgment
interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __County of Riverside__
_____ recover costs from the plaintiff *(name)* __Clinton Daigle__ _____
in the amount of $3,665.39 _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge __Jesus G. Bernal, United States District Judge__ on a motion for
Summary Judgment.

Date: __7/28/2016__

CLERK OF COURT

_/s/ signature_ __Maynor Galvez__
*Signature of Clerk or Deputy Clerk*